

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00109-CR

KATHRYN PENDLETON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 68,791-D, Honorable Abe Lopez, Presiding

September 2, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Kathryn Pendleton, appealed her conviction for the offense of tampering with physical evidence, and sentence of confinement for a period of two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed appellant's Motion to Dismiss Appeal on August 25, 2015.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at

appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.